| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 90-00137-01-CR-W-HFS |
| | DOCKET NUMBER *(Rec. Court)* CR 08-0159 SBA |

*FILED MAR 13 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Christopher Hawthorne (a.k.a. Xavier Bratton, a.k.a. Kre-Kre) 842 46th Street Oakland, CA 94608-3416 | Western Missouri | Western |
| | NAME OF SENTENCING JUDGE The Honorable Howard F. Sachs | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | FROM July 24, 2008 | TO July 23, 2013 |

**OFFENSE**

Possession With Intent to Distribute Cocaine Base in an Amount Greater Than 50 Grams

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/11/08
Date

Howard F. Sachs, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-11-08
Effective Date

United States District Judge